IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-10432-BFK |
| 8133 LEESBURG PIKE, LLC, ) | |
| ) | (Chapter 11) |
| Debtor in possession. ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO DEBTOR'S APPLICATION TO EMPLOY MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC. TO PROVIDE COMMERCIAL REAL ESTATE BROKERAGE SERVICES**

PLEASE TAKE NOTICE that 8133 Leesburg Pike, LLC (the "Debtor") has filed an Application to employ Marcus & Millichap Real Estate Investment Services, Inc. to provide the Debtor with commercial real estate brokerage services in connection with the sale of the Debtor's real property. A copy of the Application accompanies this Notice.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then **on or before March 7, 2018**, you or your attorney must file with the Court a written objection to the Application. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. You may append affidavits and documents in support of your objection.

Stephen E. Leach (Va. Bar No. 20601)
Kristen E. Burgers (Va. Bar No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Email:   sleach@hf-law.com
             kburgers@hf-law.com
Tel:       (703) 584-8902
*Proposed Counsel for the Debtor*

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to: Stephen E. Leach, Esquire and Kristen E. Burgers, Esquire, Hirschler Fleischer, 8270 Greensboro Drive, Suite 700, Tysons, Virginia 22102, proposed counsel for the Debtor.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS BY THE DEADLINE REFERENCED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE APPLICATION.  THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL OF THE RELIEF SOUGHT IN THE APPLICATION.

Parties in interest with questions may contact the undersigned.

Dated:  February 21, 2018

Respectfully submitted,

/s/ Stephen E. Leach
Stephen E. Leach (Va. Bar No. 20601)
Kristen E. Burgers (Va. Bar No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia  22102
Telephone:    (703) 584-8900
Fax:          (703) 584-8901
Email:        sleach@hf-law.com
              kburgers@hf-law.com

*Proposed Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2018, a copy of the foregoing Notice of Opportunity to Object to Debtor's Application to Employ Marcus & Millichap Real Estate Investment Services, Inc. to Provide Commercial Real Estate Brokerage Services was served electronically upon all parties entitled to receive notice via the Court's CM/ECF System or by first-class mail, postage prepaid, to the parties on the attached service list.

/s/ Stephen E. Leach
Stephen E. Leach

**ECF SERVICE LIST**

**Electronic Mail Notice List** - Parties in the case only

- Jack I. Frankel:         jack_i_frankel@usdoj.gov, ustpregion04.ax.ecf@usdoj.gov
- Neil D. Goldman:         ngoldman@goldmanvanbeek.com
- John P. Van Beek:        jvanbeek@goldmanvanbeek.com
- Bruce W. Henry:          bwh@henrylaw.com
- Kevin M. O'Donnell:      kmo@henrylaw.com
- Jeffrey T. Martin:       jtm@henrylaw.com
- Michael G. Gallerizzo:   mgall@gebsmith.com

## SERVICE LIST

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | US Securities & Exchange Commission<br>950 E. Paces Ferry Road, NE, Suite 900<br>Atlanta, GA 30326-1382 | Virginia Department of Taxation<br>PO Box 1115<br>Richmond, VA 23218-1115 |
| Fairfax Dept. of Tax Administration<br>Real Estate Division, Suite 357<br>12000 Government Center Parkway<br>Fairfax, VA 22035 | Advanced Elevator Corporation<br>PO Box 530<br>Lothian, MD 20711 | Avison Young-Wash DC, LLC<br>2001 Pennsylvania Avenue, NW<br>Suite 100<br>Washington, DC 20006 |
| Brentsmill II, LLC<br>85 Mine Road, Suite 115<br>Stafford, VA 22554 | CBRE, Inc.<br>PO Box 406588<br>Location Code 2969<br>Atlanta, GA 30384-6588 | Chem-Aqua, Inc.<br>23261 Network Place<br>Chicago, IL 60673-1232 |
| Chesapeake Systems, Inc.<br>PO Box 8329<br>Attn: Accounts Receivable<br>Elkridge, MD 21075 | Christian Siding, LLC<br>13893 Willard Road, Suite 6<br>Chantilly, VA 20151 | Cushman & Wakefield of VA, Inc.<br>1800 Tysons Boulevard, Suite 200<br>Tysons Corner, VA 22102 |
| Davey Tree Expert Company<br>PO Box 94532<br>Cleveland, OH 44101-4532 | Davis, Carter, Scott Ltd.<br>8614 Westwood Center Drive, Suite 800<br>Tysons, VA 22182 | Duc Tan Nguyen & Kimberly Vu<br>42414 Chamois Court<br>Sterling, VA 20166 |
| Executive Maintenance, Inc.<br>4817 Flanders Avenue<br>Kensington, MD 20895-1227 | Garrett Management Services Corp.<br>PO Box 2648<br>Stafford, VA 22555 | Grainger<br>Dept. 873962120<br>Palatine, IL 60038-0001 |
| I.T.C., Inc.<br>7233 Gabe Court<br>Manassas, VA 20109 | Ox Investments, LLC<br>85 Mine Road, Suite 115<br>Stafford, VA 22554 | Lazer, Aptheker, Rosella & Yed<br>225 Old Country Road<br>Melville Law Center<br>Melville, NY 11747-2712 |
| Waste Management<br>PO Box 930850<br>Atlanta, GA 31193 | | |

9477260.1 043189.00001